

**IT IS ORDERED as set forth below:**

**Date: February 11, 2022**

_____
**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| | : |
| JAMES NOEL CANNON, IV | : CASE NO 18-41352-BEM |
| LEEANN CAROLYN CANNON | : |
|     Debtors. | : |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | - - - - - - - - - - - - - - - - - - - - - - - - - - - - - |
| CITIZENS BANK NA F/K/A RBS CITIZENS NA, | : |
| | : |
|     Movant, | : CONTESTED MATTER |
| v. | : |
| | : |
| JAMES NOEL CANNON, IV | : |
| LEEANN CAROLYN CANNON | : |
| K. EDWARD SAFIR, Trustee, | : |
|     Respondents. | : |

## CONSENT ORDER ON MOTION FOR RELIEF
## FROM AUTOMATIC STAY

CITIZENS BANK NA f/k/a RBS CITIZENS NA, for itself, its successors and assigns (the "Movant"), filed a *Motion for Relief from Automatic Stay* (the "Motion") December 30, 2021, which was set for hearing on **February 16, 2022** (the "Hearing"). Movant seeks relief as to Debtors` real property located in Floyd County, Georgia, now or formerly known as **2232 BIG TEXAS VALLEY**

**ROAD NW, ROME, GA 30165** (the "Property"), as more particularly described in Exhibit "B" attached to the Motion. Movant asserts that the Motion was properly served and hearing properly noticed. As of the filing of the Motion, the post-petition arrearage owed to Movant was **$8,118.27** (not including Bankruptcy Fees and Costs, as specified in the Motion). During the time between the filing of the Motion and the Hearing date, Movant received funds in the amount of **$11,529.71 (**including Bankruptcy Fees and Costs in the amount of $1,238.00 as specified in the Motion) sufficient to bring the loan post-petition current and due for **March 1, 2022**. The parties reached an agreement as follows:

Beginning on **March 1, 2022**, Debtors shall pay Movant all future monthly mortgage payments when due. These payments shall be sent by check, money order, or certified funds to:

> Citizens One Home Loans
> Attention: Cashiering
> P.O. Box 2800
> Glen Allen, VA 23059

Accordingly, by consent, it is hereby

**ORDERED** that:

The ongoing mortgage payments shall be governed by Strict Compliance provisions (identified below as the "Delinquency Motion" procedure).

Upon delinquency by Debtors in the payment of any sum specified herein for a period of **six (6)** months beginning on **March 1, 2022**, Movant may be permitted to recover and dispose of the Property pursuant to applicable state law only after submitting a Delinquency Motion (as more particularly described below) in the following manner:

(A)    Counsel for Movant shall serve the Trustee, Debtors, and Debtors` counsel of record with written notice of the specific facts of the delinquency (the "**Delinquency Notice**"); said notice may be contained in a letter but shall

(1) state that Debtors may cure the delinquency within ten (10) calendar days of receipt of said notice, and

(2) provide the correct street address for mailing or delivering such payment; Pursuant to this Order, Debtors shall be presumed to have received the Delinquency Notice on the fifth (5th) calendar day following the mailing of said notice by Counsel for Movant; provided, however, that

(a) the Delinquency Notice is properly addressed to Debtors at the address set forth on the Distribution List attached to this Order pursuant to BLR 9013-3 NDGa, unless Movant or Counsel for Movant receives notice in writing of a change in Debtors` address within a reasonable time prior to mailing of the Delinquency Notice; and

(b) the Delinquency Notice is not returned to Counsel for Movant by the U.S. Postal Service as undeliverable by reason of improper address.

(B) If Debtors fail to cure the delinquency within ten (10) days of receipt of said written notice, Counsel for Movant may file, after service on both Debtors and Debtors` counsel:

(1) **a motion,** which must contain allegations of the specific facts of the delinquency; provided, however, that, instead of alleging the facts of the delinquency in the motion (the averments of which are subject to Rule 9011), the motion may be accompanied by an affidavit **from Movant** setting forth the specific facts of the delinquency;

(2) a copy of the **Delinquency Notice**; and

(3) **a proposed order** (the Motion, affidavit, copy of the Delinquency Notice and the proposed order are herein collectively referred to as the "**Delinquency Motion**").

Upon filing of said Delinquency Motion, the Court may enter an order modifying the automatic stay without further notice or hearing.

Upon entry of an order modifying the automatic stay, the Chapter 13 Trustee shall cease funding the Movant's claim. Upon completion of any foreclosure sale by Movant, all proceeds exceeding Movant's lawful debt shall be remitted promptly to the Chapter 13 Trustee.

**[END OF DOCUMENT]**

Prepared and Submitted by:

/s/ Lisa F. Caplan
Lisa F. Caplan
GA State Bar No. 001304
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(877) 813-0992
lcaplan@rlselaw.com
Attorney for Creditor


Consented to by:

/s/ Jessica C. Glover
Jessica C. Glover
GA State Bar No. 561527
107 E. 5th Avenue
Rome, GA 30161
678-861-1127
kellycourtnotices@gmail.com
Attorney for Debtors


No Opposition to by:

/s/ Sonya B. Gordon
Sonya M. Gordon
GA State Bar No. 140987
Attorney for K. Edward Safir, Standing Chapter 13 Trustee
285 Peachtree Center Ave, NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
Standing Chapter 13 Trustee

DISTRIBUTION LIST

James Noel Cannon, IV
2232 Big Texas Valley RD
Rome, GA 30165

LeeAnn Carolyn Cannon
2232 Big Texas Valley RD
Rome, GA 30165

Jeffrey B. Kelly, Esq.
107 E. 5th Avenue
Rome, GA 30161

K. Edward Safir, Trustee
Chapter 13 Trustee
285 Peachtree Center Ave, NE
Suite 1600
Atlanta, GA 30303

Lisa F. Caplan, Esq.
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071